# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

                                     CASE NO.:

v.

VTCS GROUP LLC d/b/a N-HANCE
SARASOTA, and VICTOR ADAMS
a/k/a VICTOR J. ADAMS

      Defendant,

_____/

| COMPLAINT |
|:---:|

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COMES NOW the Plaintiff, United States of America, on behalf of its Agency, the Small Business Administration, alleges that:

## JURISDICTION

1. This Court has jurisdiction over the subject matter of this action pursuant to Article III Section 2, U.S. Constitution and 28 U.S.C. § 1345. *See 28 U.S.C. § 1345.*

## VENUE

2. The Defendant, VTCS GROUP d/b/a N-HANCE SARASOTA (hereinafter "VTCS Group"), is a Florida For Profit Limited Liability

Corporation located in Lee County, Florida within the Jurisdiction of this Court.

3. Pursuant to corporate filings by Defendant VTCS Group, Defendant VTCS Group is managed solely by VICTOR J. ADAMS a/k/a VICTOR ADAMS.

4. The Defendant, VICTOR ADAMS is domiciled within in Lee County, Florida within the Jurisdiction of this Court.

## STATEMENT OF CLAIM

5. On March 21, 2018 Defendant, VTCS GROUP, LLC d/b/a N-HANCE SARASOTA, executed and delivered a Promissory Note and unconditional guarantee loan agreement to SBA in the amount of $150,000.00 with interest accruing at variable rates. A copy of the Promissory Note described herein is attached hereto and made a part hereof as Exhibit "A" (the "Note").

6. On or about March 21, 2018 VICTOR ADAMS a/k/a VICTOR J. ADAMS executed and delivered a personal guaranty of the payment and performance of the Note by VTCS GROUP LLC d/b/a N-HANCE SARASOTA (collectively the "Commercial Guarantees"). Copies of the Commercial Guarantees are attached hereto and made a part hereof as Exhibit "B".

7. The Defendants became delinquent on the obligation on July 15, 2020 with a balance due of $125,628.00.

8. Plaintiff is the current owner and holder of the Note and Commercial Guarantees and all other documents and instruments associated with the

Loan.

9.    Demand has been made upon the defendants for payment of the indebtedness, and the Defendant has neglected or refused to pay the same.

10.    As of June 17, 2026, the amount owed on the Note is $213,475.12 inclusive of applicable fees, interest and penalties as listed on the Certificate of Indebtedness attached hereto as Exhibit "C".

11.    Plaintiff declares the full amount payable under the Note to be due.

WHEREFORE, Plaintiff, UNITED STATES OF AMERICA, demands judgment against the Defendants for the sum of $213,475.12, plus interest to the date of judgment, administrative fees, all administrative costs allowed by law, and post judgment interest pursuant to 28 U.S.C. § 1961 until paid in full;

Respectfully submitted,

DATED this 13th day of July 2026.

By: /s/ Matthew L. Schulis, Esq.
Matthew L. Schulis, Esq. (FBN: 57116)
Attorney for the Plaintiff
United States of America
Subcontractor to Schuerger Law Group
1005 N. Marion Street
Tampa, Florida 33602
Phone: (614) 674-6824
mschulis@schuergerlaw.com
efilings@schuergerlaw.com